**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

\*   ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

May 4, 2022

<u>Via ECF</u>

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Brent Kaufman,
         CR 21-425 (KAM)</u>

Dear Judge Matsumoto:

 We represent Brent Kaufman and write to request a 60-day adjournment of his sentencing, currently scheduled for June 9, 2022. Defense submissions are due May 10, 2022. The government does not object to this request. After reviewing the PSR, we determined that a forensic evaluation was appropriate but for a number of reasons we were unable to arrange for one until recently. We have scheduled Mr. Kaufman for an evaluation this week. This is our second request for an adjournment of sentence.

           Respectfully,

           */s/ Nicholas Kaizer*

           Nicholas Kaizer

cc: AUSA Jonathan Siegel
   USPO Jennifer Baumann