

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS
F. #2019R00001

271 Cadman Plaza East
Brooklyn, New York 11201

October 11, 2022

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kaufman
                 Docket No. 21-CR-425 (KAM)

Dear Matsumoto:

      The government respectfully submits this letter to request that the sentencing scheduled in this matter for October 18, 2022 be adjourned <u>sine die</u>.  The government understands that the defendant has passed away and anticipates moving to dismiss the case.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-6293

cc:    Clerk of Court (KAM) (by ECF)
        Nicholas Kaizer, Esq. (by ECF)